**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VYANNE SAMUELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-00536-CRC |
| | ) |
| SAFEWAY, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RULE 26(a)(2)(B) STATEMENT

Plaintiff Vyanne Samuels (hereafter "Ms. Samuels"), by undersigned counsel, hereby identifies the expert witnesses who may be called at the trial of this case. Plaintiff hereby gives notice to the Defendant and the Court that Plaintiff is still receiving medical treatment for the injuries she sustained as a result of the incident giving rise to this action. As of the filing of this Statement, it has not been determined whether Plaintiff's course of treatment will resolve her injuries, or if she will have permanent limitations due to said injuries. As a result, Plaintiff reserves the right to supplement and/or amend this Statement, including the addition of a medical expert witness(es) who may testify regarding the permanent nature of her injuries, as more information becomes available during the course of discovery.

1.      Michael J. Slifka, P.E.
        3221 Conservancy Lane
        Middleton, WI 53562

Mr. Slifka is a Building Code and Safety Engineer who specializes in premises construction, design, safety and inspections relating to hazardous conditions and design flaws.

Mr. Slifka was a Director of Codes and Standards for the National Conference of States on Building Codes and Standards. He has extensive professional experience in commercial premises inspection, comparisons of building design to code compliance and building code standards across the United States. Mr. Slifka will be proffered to provide expert opinions at trial within the areas of safety/civil engineering, standards of care contained in local and federal building and construction code provisions and fall prevention human factors. The bases for Mr. Slifka's opinions will include his evaluation of documents and materials produced and/or adopted by the Defendant during Discovery, relevant literature including journal articles, textbooks and treatises, images depicting the location where Ms. Samuels was injured, his evaluation of the applicable building, construction and safety codes, and his education, training and extensive experience as an engineer and as otherwise cited in his included *curriculum vitae*.

Mr. Slifka is expected to testify that Defendant Safeway, Inc., through its employees and/or agents, was negligent when it failed to correct, repair, address, and/or otherwise warn business invitees and the public, including Ms. Samuels, of an concrete "wheel stop" which was in an impermissible and hazardous position in a disabled parking spot within the parking garage of the Safeway grocery store of the property located at 1855 Wisconsin Ave NW, Washington, DC 20007.  As a direct and proximate result of Defendant's acts and omissions, Ms. Samuels tripped and fell over this wheel stop, causing her to sustain injuries. Mr. Slifka will also testify that Defendant did not comply with regulations in effect and/or adopted within the District of Columbia applicable to the positioning, condition, and maintenance of disabled parking spots at the time of the incident.

Mr. Slifka's opinions are based upon his review of images of the scene in which Plaintiff fell and his knowledge of the applicable standards of care as enunciated in more detail

above. Mr. Slifka may use any of the materials he has reviewed as exhibits. In addition, he may use the photographs of the parking garage and wheel stop, duplicates or models of said parking garage and wheel stop, and/or any further demonstrative items to describe the mechanism of injury as exhibits during trial.

Mr. Slifka's qualifications, including citations to any publications, are expressed in his *curriculum vitae*, attached as Exhibit 1. Mr. Slifka's written report regarding his opinions in this case is attached as Exhibit 2. His record as a testifying expert in deposition and/or trial in court proceedings within the past four years is attached as Exhibit 3. Mr. Slifka's Expert Testimony Fee Schedule is attached as Exhibit 4.

Respectfully submitted,

 */s/ Archie L. Rich, II*
Archie L. Rich II, Esq.
DC Bar No. 471754
The Rich Firm, P.C.
1250 I Street., NW, Suite 902
Washington, DC  20005
(202) 529-9379
*Counsel for Plaintiff Vyanne Samuels*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 17th Day of June, 2019, the foregoing Plaintiff's Fed. R. Civ. P. 26(a)(2) Expert Disclosure Statement and Exhibits were electronically filed with the United States District Court for the District of Columbia and automatically served on counsel of record for Defendant, Justin M. Cuniff (Bar #499196), and was sent via electronic mail and first class mail, postage prepaid, to Justin M. Cuniff (Bar #499196), One Park Place, Suite 425 Annapolis, Maryland 21401.

*/s/ Archie L. Rich, II*
Archie L. Rich, II (Bar #471754)
*Counsel for Plaintiff Vyanne Samuels*

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VYANNE SAMUELS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **Case No. 1:19-cv-00536-CRC** |
| | ) |
| **SAFEWAY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on this 17th day of June, 2019, a copy of Plaintiff's Fed. R.

Civ. P. 26(a)(2) Expert Disclosure Statement and Exhibits were sent via electronic mail and First-

Class Mail, postage prepaid, to:

Justin M. Cuniff, Esq.
BONNER KIERNAN TREBACH & CROCIA TA, LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
jcuniff@bonnerkieman.com
*Counsel for Defendant Safeway, Inc.*


Respectfully submitted,

*/s/ Archie L. Rich, II*
Archie L. Rich, II, Esq.
(Bar #471754)
The Rich Firm, P.C.
1250 I Street, NW, Suite 902
Washington, D.C. 20005
*Counsel for Plaintiff Vyanne Samuels*

Exhibit 1

# MICHAEL J. SLIFKA, P.E.
## Fire Investigation/Fire Engineering Design

3221 Conservancy Lane
Middleton, WI 53562
608-827-5241
Cell: 608-692-3096
Firepro1pe@aol.com
FAX: 608-827-5243

## EXECUTIVE PROFILE

*A dedicated and skilled expert with a highly successful record of accomplishments in litigation, fire investigation, fire testing and fire engineering design*

Michael J. Slifka, P.E. is currently consulting on a house explosion in Montello, WI. He recently consulted on a gas explosion that destroyed a Pizza Hut in Columbus, OH. And, previously consulted on a gas explosion involving a pipe replacement project on Broad Street in downtown Columbus, OH. He assisted in winning two high-profile lawsuits concerning fire and life safety. Working for the defendants on a $4M generator building fire at the St. Louis Airport, the defendant was found not liable. Working for the Plaintiff on a carbon monoxide poisoning case with severe brain trauma, the Plaintiff was awarded a $3M judgment plus $25.5M in punitive damages, the largest civil judgment in Wyoming history. Mr. Slifka has spent his professional career working to protect others by promoting fire safety. He has served as president/CEO of a leading fire protection engineering company. Mr. Slifka was Chief of Safety, Fire Protection and Occupational Health for the Veterans Administration responsible for, among other duties, the compliance of 172 hospitals and 225 outpatient clinics to JCAHO criteria. Mr. Slifka served on the National Conference of States on Building Codes and Standards (NCSBCS); the National Bureau of Standards; the National Fire Protection Association; the US. General Services Administration; Rolf-Jensen & Associates; Republic Steel Company; and the Ohio Inspection Bureau. Mr. Slifka has published several articles on fire protection in several editions of the Fire Protection Handbook. He has appeared on the McNeil-Lehrer News program and as a NFPA spokesman on a PBS-developed program on high-rise safety. Mr. Slifka holds a Bachelor of Science in Fire Protection and Safety Engineering from the Illinois Institute of Technology. He is a Registered Professional Fire Protection Engineer (FP 479) in California; He is a member of the Society of Fire Protection Engineers. He is also a Fellow in Fire Forensics/Fire Investigations for both the American College of Forensic Examiners (ACFE); and American Board of Forensic Examiners (ABFE)..

- *Multi-million-dollar award-winning expert witness in high-profile fire safety lawsuits.*
- *Former head of Fire Safety & Occupational Health, U.S. Veterans Administration.*
- *Leading Fire Safety Consultant*
- *Nearly 50 years of Fire Safety Experience*
- *Manufactured Housing Fire Safety*
- *High-Rise Building Fire Safety*
- *Health-Care Facility Fire Safety*
- *Explosion consultant/expert*

MULTI-FACETED LEADER with expertise in research, building/fire code development, fire protection engineering, training, health care facility design, maintenance and operation and litigation support in complex and multicultural institutions.

EXCELS AT TESTIFYING AS AN EXPERT WITNESS in Federal and State Courts (including U.S. Territory Courts) as an Expert in Fire Protection Engineering.

A PROVEN PRINCIPAL RESOURCE to the health care industry on JCAHO and Life Safety Code issues, the manufactured housing/building industry concerning litigation involving fire cause and origin, alleged defective construction practices, and wrongful injury and death cases.

SOLID UNDERSTANDING OF BUSINESS OPERATIONS, FIRE SAFETY, FIRE PROTECTION, ELECTRICAL/SAFETY ISSUES, PRODUCT SAFETY TESTING, AND LITIGATION with extensive experience in each.

## CORE EXECUTIVE QUALIFICATIONS

- Fire Safety Testing
- Inspection/Design Review
- Electrical Testing
- Structural Testing
- Expert Witness

- Fire Protection Engineering
- Fire Engineering Consulting
- Fire Protection Research
- Building Codes/Standards
- Fire Safety Training

- Stair Design & Safety Issues
- High-Rise Safety
- Health Care Institutional Safety
- Industrial Safety
- Manufactured Housing Safety

## EDUCATION & REGISTRATIONS

Bachelor of Science, Fire Protection and Safety Engineering. Illinois Institute of Technology, Chicago, IL
Registered Professional Fire Protection Engineer (FP 479) -- California
Fellow, Fire Forensics/Fire Investigations, American College of Forensic Examiners (ACFE)
Diplomate, Fire Forensics/Fire Investigations, American Board of Forensic Examiners (ABFE)
Member, Society of Fire Protection Engineers {SFPE}

## PROFESSIONAL EXPERIENCE

### CONSULTING FIRE PROTECTION ENGINEER, 2010-PRESENT
*Private Practice Expert Witness/Consultant/Fire Safety Instructor*

| | |
|---|---|
| **EXPERT WITNESS** | Qualified in Federal and State Courts (including U.S. Territory Courts) as an Expert in Fire Protection Engineering.<br><br>Principal resource of fire and explosion cases. Often involved in manufactured housing/building industry litigation for fire cause and origin, alleged defective construction practices, and wrongful injury and death cases.<br><br>An expert involved in prominent and legally sensitive, large death fires:<br>• Las Vegas Hilton & MGM Grand fires in Las Vegas, NV<br>• Happy Land Social Club in New York City<br>• DuPont Plaza Hotel & Casino in San Juan Puerto Rico<br>• The Station Fire in Rhode Island |
| **CONSULTANT** | Expert Consultant to over 50 hospitals using the Fire Safety Evaluation System (FSES) to develop solutions to correct building deficiencies threatening JCAHO Accreditation.<br><br>Expert consultant to over 50 hospitals on pre-JCAHO physical plant safety assessments. |
| **FIRE SAFETY INSTRUCTOR** | Principal instructor for 33 years (1977-2010) to the Veterans Administration Engineering Training Center in North Little Rock, AR, on Life Safety Code hospital design and JCAHO Physical Plant Safety issues<br><br>Presentations have been recorded on video and are used throughout the VA system |
| **FIRE SAFETY STANDARDS** | Expert on the Life Safety Code (NFPA 101.)<br><br>Expert on building codes and fire codes used throughout the United States.<br><br>One of the developers at the National Bureau of Standards (NIST) of the Fire Safety Evaluation System (FSES) for Health Care facilities (now known as NFPA 101 A).<br><br>Fire Test Witness and Consultant on ASTM E84 and E119 fire test protocols.<br><br>Expert on the testing. listing & certification of gas fired and wood burning fire places and appliances and their chimney systems<br><br>Expert of good practices in the construction industry. |

## PFS CORPORATION, COTTAGE GROVE, WI, 1987-2010
*President/Chief Executive Officer*

- Managed the day to day operations of the largest modular home third-party quality assurance provider in the U.S, Serving more than 85% of modular home production. The company employs more than 100 people in five offices and operates internationally.

- Provided third-party testing, listing and certification programs focused on building components, products, and transportable structures (mobile, modular, and commercial coach buildings).

- Instrumental in third-party inspection (IPIA) and design review (DAPIA) program for mobile (manufactured) homes built to the HUD Federal Manufactured Home Construction and Safety Standards.

- Ran a nationally accredited test laboratory for fire safety, electrical testing, gas fired and wood burning fireplaces and heating appliances, and structural testing.

- Consulted as a forensic expert on fire safety, fire protection, electrical/fire safety issues throughout the U.S.

- Provided fire protection engineering consultation for three new V.A. hospitals, the U.S. Air Force Guided Missile Assembly Facility in Newark, Ohio, and U.S. Navy Weapons Facility in Crane, Indiana.

## RADCO/AVALON ASSOCIATES, GARDENA, CA, 1986-1987
*Executive Vice President*

As Executive Vice President of RADCO, was second in command of a staff of 45 technical, administrative, and support personnel.

Oversaw:

- Third party testing, listing and certification programs focused on building components, products, and transportable structures, (mobile, modular, and commercial coach buildings).

- Ran a nationally accredited test laboratory for fire safety, electrical testing, gas fired and wood burning fireplaces and heating appliances, and structural testing

- Third party inspection (IPIA) and design review (DAPIA) program for mobile (manufactured) homes built to the HUD Federal Manufactured Home construction and Safety Standards (RADCO was the largest IPIA and DAPIA under the 12 year old HUD program).

- All personnel, fiscal and program management activities.

## AVALON ASSOCIATES, GARDENA, CA, 1986-1987
*President*

Directed a full-time staff of four design professionals and coordinated their projects with RADCO on an "as needed" basis. Avalon Associates provided multi-discipline consulting to the building design field in the areas of:

- Civil Engineering

- Mechanical Engineering

- Structural Engineering

- Electrical Engineering

- Fire Protection Engineering

Key consultant on forensic engineering for civil liability suits related to fires or building design vs. code compliance.

## U.S. VETERANS ADMINISTRATION, WASHINGTON, DC, 1977-1979 & 1984-1986
### *Chief, Safety, Occupational Health, and Fire Protection Division*

As chief of the V.A.s 37 fire departments, oversaw the employee, patient and facility safety and fire protection for the world's largest health-care organization, protecting more than 228,000 employees and more than 1.287 million patients each year in 100 million sq ft of office space, including:

- 172 hospital complexes

- 215 outpatient clinics

- Seven regional office buildings

- 25 centralized, high-piled rack storage warehouses

- 85 national cemeteries

- Department of Veterans Benefits computer centers

Saved an estimated $275 million through correcting design errors at 52 VA hospitals.


## NATIONAL CONFERENCE OF STATES ON BUILDING CODES AND STANDARDS, HERNDON, VA, 1979-1984
### *Director for Codes and Standards*

Administered the $5 million/year Mobile Home Program under a contract with the U.S. Department of Housing and Urban Development (HUD). The program which provided 1,700 monitoring visits to manufacturing facilities and primary inspection agencies (IPIA and DAPIA) on fire and life safety code issues. Other responsibilities included:

- Accountable for collection and disbursement of fees (approximately $9 million/year), issuance of labels, and collection of accurate industry wide data

- Supervised technical staff's review of design packages (drawings and specifications) of every corporation's model line manufactured in the country

- Provided oversight for all NCSBCS annual certifications and review of all design approval and in-plant inspection agencies.

- Managed eight in-house engineers, eight field supervisory engineers, 120 field inspectors, and 20 fiscal and clerical personnel

- Under the general supervision of the Executive Director, coordinated the planning, development and administration of NCSBCS programs involving the creation of a model building code and related standards, observing contractual agreements among the agency, government entities, code groups and other parties.

- Acted as liaison with state and federal officials, model code groups, and the National Academy of Code Administration.

- Developed national reciprocity programs for Recreational Vehicles (RV) and Manufactured (Modular) Housing.

- Formed a liaison with the Recreational Vehicle Industries of America (RVIA) and the 14 states that provide state inspections of RV manufacturing plants.

- Developed the technical guidelines based on the NFPA/ANSI RV Standard for review of RV manufacturer

designs and specifications and for the in-plant inspection procedures.

- Member of the correlating committee for the NFPA/ANSI RV Standard in 1979.

- Worked in conjunction with the other NCSBCS program directors to develop programs and coordinate the training of necessary personnel.

- Advised the program's executive director.

## NATIONAL BUREAU OF STANDARDS CENTER FOR FIRE RESEARCH, GAITHERSBURG, MD, 1975-1977
### *Assistant Chief for Fire Protection Technology Transfer/Research Fire Protection Engineer*

Developed mathematical models and assessments of existing building fire safety codes as well as practical applications for technical outcomes of fire protection research projects. Other responsibilities and achievements included:

- Instrumental in developing and implementing the Fire Safety Evaluation Systems (FSES) for Hospitals, for Board and Care Facilities, and for Residential Occupancies used nationwide. goal oriented fire safety systems, and to provide and apply these systems to building design problems.

- Managed a $375,000 research project on the means of egress design sponsored by the U.S. Occupational Safety and Health Administration (OSHA).
- Contributing member of Research Team Investigating Stair Design factors and Causes of Stair Missteps/trips?falls

## NATIONAL FIRE PROTECTION ASSOCIATION, QUINCY, MA, 1974-1975
### *Chief Staff Engineer, Life Safety Code*

Member of:
- Committee on Safety to Life (Also non-voting Secretary on Committee on Safety to Life)

- Committees on Building Construction

- Committees on Fire Tests

Oversaw the technical development and correlation, plus technical editing of 17 key National Fire Codes. Also:
- Acted as high-rise expert and spokesman on high-rise fire problems.
- Coordinated publication and dissemination of emerging fire test data on the large series of full scale fire testing of the risk associated with high piled rack storage warehouses (published and updated in the NFPA 231 series standards.)

## U. S. GENERAL SERVICES ADMINISTRATION, WASHINGTON, D.C. 1972-1974
### *Assistant Chief, Fire Protection Engineering*

Consulting Engineer on fire prevention to the GSA Central Office, all GSA regional branches, and all GSA services. Also:
- Provided expert analysis on high-rise building and fire safety systems.

- Performed as fire safety design review engineer for the U.S. Postal Service.

- Responsible for the fire safety of the U.S. White House, Capitol Hill and the U.S. Post Offices.

- Supervised fire safety engineering design content of all federal buildings under construction, including the 10 Critical Supply Depots located throughout the US. Each depot consisted of at least 20 high-piled warehouses.

- Provided engineering design review and guidance to the Central Office and regional GSA design and construction staffs, and to GSA lease acquisition and repair/improvement.

- Managed a staff of six in-house engineers and oversaw a staff of 40 regional engineers.

- Supervised emergency salvage and safety activities at the St. Louis, Missouri, Military Personnel Record Center after its severe fire loss (July 12-October 12, 1973).

## ROLF JENSEN AND ASSOCIATES, INC., NORTHFIELD, IL, 1970-1972
### Consulting Fire Protection Engineer

Designed building and manufacturing process fire protection systems, equipment and related hardware. Other responsibilities and achievements included:

- Performed fire safety analysis of ten Midwest post offices, including fire safety retrofit designs for each.

- Designed and analyzed fire safety systems and related systems for high-rise buildings, government structures, institutional facilities, high piled rack storage warehouses and industrial facilities. Including detail probability analysis and cost/benefit studies of all design options).

- Conducted cause and origin investigations and research for legal clients and provided courtroom testimony.

- Help develop the building code and fire code for the Dallas Fort Worth Airport, McCormick Place Exhibition Hall (the replacement for the building destroyed by fire) and the Indianapolis Convention Center.

- Investigated clients' product development and product liability.

- Wrote training manuals and conducted fire protection training sessions the U.S Army Corps of engineers, U.S. Air Force and various private sector facility organizations.

## REPUBLIC STEEL CORPORATION, GADSDEN, AL, 1969-1970
### Corporate Liaison/Fire Prevention Engineer

Acted as corporate liaison with district safety and fire prevention offices. Other responsibilities and accomplishments included:

- Coordinated corporate safety programs with the district's needs.

- Instrumental in fire protection engineering design and writing the design specifications for:

  - $80 million Code Plant – Warren, Ohio

  - $100 million Code Mill – Cleveland, Ohio

  - $110 million Hot Mill – Cleveland, Ohio

- Conducted training sessions and wrote manuals for corporate fire brigades and facility protection organizations.

- Chief of the fire brigades/departments at Youngstown, Warren, Cleveland, and Canton, OH; Buffalo, NY; East Chicago, IL; and Gadsden, AL.

## OHIO INSPECTION BUREAU, CINCINNATI, OH, 1966-1969
### Special Hazards Fire Protection Engineer

Developed insurance rates for a mix of industrial, warehouse, commercial, business and mercantile facilities. Other responsibilities included:

- Tested and analyzed underground water systems, pumps, fire protection systems and alarm systems.

- Classified occupancy hazards in industrial, warehouse, commercial, business and mercantile facilities.

- Reviewed architectural designs, construction materials and methods.

- Advised insured property owners on recommended protection practices.

- Investigated causes and origins of fires on damaged properties.

## TEACHING

### NATIONAL FIRE PROTECTION ASSOCIATION & OTHER ORGANIZATIONS/INSTITUTIONS
*Instructor, Life Safety Code*

- Taught four-day seminars for the NFPA since 1977 at various locations in the U.S. and internationally.

- Created and taught first masters degree program (1985) in Fire Department Management at George Mason University, Fairfax, VA

- Taught various fire safety courses (1977-1984) at Northern Virginia Community College, Sterling & Leesburg, VA

- With the NFPA created the first course on building codes and standards in 1982 for the National Fire Academy, Emmitsburg, MD

- With the NFPA created the first national colloquium of the emerging fire safety/life safety hazard of Board and Care Facilities. (1984)

## AFFILIATIONS

### MEMBER OR PREVIOUS MEMBER:
National Fire Protection Association (NFPA)

- NFPA Committees: Safety to Life, Health Care Occupancies, Building Construction, Manufactured Housing, Recreational Vehicles; and National 1-2 Family Electrical Code.

Manufactured Housing Institute (MHI)

- MHI Committees: Consensus Committee for the Manufactured Housing Standard, MHI-IPIA Technical Advisory Committee, MHI-DAPAIA Technical Advisory Committee, MHI/HUD Technical Exchange Group, MHI-Technical Activities Committee.

American Society for Testing and Materials (ASTM) and various committees

American National Standards Institute (ANSI) and various committees

Institute of Electrical and Electronics Engineers (IEEE)

## PUBLICATIONS

Slifka, Michael J. et al, "A Study of the Fire Problem in Residential High-Rise Buildings", Chicago: Rolf Jensen and Associates/Greater North Michigan Avenue Association. (1972).

Slifka, Michael J. (author and assistant technical editor, First Edition; author, selected chapters, second and third editions), *Life Safety Code Handbook*, National Fire Protection Association. (1977, 1980, 1983).

Slifka, Michael J. "For Architects and Builders" column, *Fire Journal* (magazine of the NFPA) (1974-1975).

Slifka, Michael J. et al., Building Inspectors Handbook, National Fire Protection Association (NFPA) (author or co-author of six technical chapters). (1975).

Slifka, Michael J. et al., *Life Safety CodeHandbook – 1st Edition*, NFPA, (author or co-author of six technical chapters) (1977).

Slifka, Michael J. et al., *Fire Protection Handbook – 14th Edition*, NFPA, (author or co-author of four technical chapters) (1975).

Slifka, Michael J. et al., *Fire Protection Handbook – 15th Edition*, NFPA, (author or co-author of four technical chapters) (1978).

Slifka, Michael J. et al., *Fire Protection Handbook – 16th Edition*, NFPA, (author or co-author of two technical chapters)

(1981).

Slifka, Michael J., "Building/Fire Code for Health Care Design" U.S. Army Corps of Engineers (1985).

Slifka, Michael J., "Fire Protection Engineering Considerations for Engineered Wood Products," PFS Research Foundation (1999).

## MEDIA

Appeared on the award-winning McNeil-Lehrer News program as a recognized expert in fire safety, on shows dealing with the Las Vegas hotel fires, and on high-rise safety.

Appeared as principal spokesman for the National Fire Protection Association (NFPA) on a PBS-developed special on high-rise safety (produced by WGBH-TV in Boston).



Exhibit 2

# MICHAEL J. SLIFKA, P.E.



**3221 Conservancy Lane**
**Middleton, WI 53562**

**Fire Investigation, Analysis & Fire Engineering Design**
*E-MAIL:* firepro1pe@aol.com
*608/827-5241*
*FAX: 608/827-5243*
*CELL PHONE: 608-692-3096*
*Web Site: www.michaelslifka.com*

---

# TRIPPING HAZARDS AND HANDICAPPED PARKING SPACE CLEARANCE ISSUES

---

# SAFEWAY GROCERY STORE 1855 WISCONSIN AVE, NW, WASHINGTON, DC

---

**DATE OF INCIDENT: JUNE 14, 2018**
**DATE OF THIS REPORT: JULY 17, 2018**

**BACKGROUND:** On July 5, 2018 I was contacted by Archie Rich, Attorney at Law. I was provided with pictures of a portion of the covered parking lot for the Georgetown Safeway Grocery Store at 1855 Wisconsin Avenue, NW, Washington, DC. I was also given a verbal narrative of the incident in which Attorney Rich's client, Vyanne Marie Samuels had backed her vehicle into a handicapped parking space until the vehicle came in contact with a wheel stop. She had visited the Safeway store and was loading purchased groceries into her vehicle. While backing up to close the vehicle door she tripped and fell over an improperly positioned wheel stop in the covered parking lot at 1855 Wisconsin Ave, NW, Washington, DC 20015 on June 14, 2018.  The subsequent fall led to Vyanne Samuels suffering a fractured wrist (2 bones involved), and a badly sprained back with two lower lumbar vertebrae shifted. She is currently wearing a wrist splint and a back brace.

**ASSIGNMENT:** I was asked, given my background and expertise, to review the current arrangement of the handicapped parking space and the wheel stops based on the photographs and narrative provided by Attorney Rich and determine: 1) if the arrangement of the handicapped parking space and wheel stops had a role in the accident and subsequent injuries that Vyanne Samuels had experienced and 2) was the arrangement of the handicapped parking space and wheel stop in compliance with the National Codes and Standards that govern handicapped parking spaces.  The following analysis is based on assurances from Attorney Rich "… that to the best of our knowledge/ability the photographs sent to you are accurate."

**ANALYSIS:**

There has been concern over the years that wheel stops in normal use present a tripping hazard and should be avoided by using structural bollards, pillars, posts or other vertical structural designs that define the depth of a parking spot either normal or handicapped. The usual tripping hazards associated with wheel stops are when a person tries to step over them or step between two wheel stops. A handicapped person is even more prone to tripping over or between two wheel stops if they have their mobility impaired. When a wheel stop is mispositioned at an angle within a parking spot, the tripping hazard associated with a wheel stop increases as the wheel stop is protruding into the expected clear accessible space around a vehicle.

What follows are a few citations discussing the well known tripping hazards involved in the use of wheel stops. The following is from "Uses and Misuse of Wheel Stops at Parking Spaces in California", Richard Avelar & Associates, Architects.:

" Wheel stops also constitute potential tripping hazards for pedestrians as detailed in "Slip, Trip, and Fall Prevention for Healthcare Workers: *Concrete wheel stops in parking lots can be a tripping hazard and should not be used.*", Centers for Disease Control and Prevention"

Nationwide many hundreds (if not thousands) of individuals annually suffer a wide range of trip and fall injuries from unexpected interaction with these projections."

Also, Chapter 14 (Section K.4) of the 2009 Institute of Transportation Engineers (ITE)Handbook provides the following guidance (it is not a Code or Standard): "*Pedestrian vulnerability to slip, trip and fall in parking facilities can be reduced by certain design decisions:*

- o *"not utilizing wheel stops in pedestrian path areas (only against walls or boundary conditions where pedestrians cannot travel);"*
- o *"...using boundary control and curb placement that avoids vehicle overhang into public right of way and sidewalks;"*
- o *"...providing adequate light to discern fixed objects"*

ASTM F1637 (*Standard Practice for Safe Walking Surfaces*) is a voluntary standard.

Section 9 of ASTM F1637 provides the following guidance regarding wheel stops:

- o 9.1 Parking lots should be designed to avoid the use of wheel stops.
- o 9.2 Wheel stops shall not be placed in pedestrian walkways or foreseeable pedestrian paths.

As stressed above, when a wheel stop is mispositioned at an angle within a parking spot, the tripping hazard associated with a wheel stop increases. In this accident, Vyanne Samuels tripped/fell over a wheel stop that was mispositioned at an angle and protruded from underneath her vehicle into the expected clear space around avehicle..

She had not noticed its mispostioning when she backed her vehicle into the parking spot; as she had only felt the wheel stop when her rear tire had bumped into it telling her that her car could go no further into the parking spot. As the wheel stop was behind her when she exited the vehicle she did not notice the mispositioned wheel stop nor did she notice its protrusion from underneath her car into the expected clear space around her vehicle in a handicapped spot due to that mispositioning. When Vyanne Samuels returned to her vehicle, her sole focus was on loading her groceries into her car. As a result, she did not notice the protruding, mispositioned wheel stop. As a direct result of the wheel stop protruding at an angle from beneath her car into the expected clear space around her vehicle, when Vyanne Samuels stepped back from her vehicle to close the door she tripped and fell over the mispositioned wheel stop sustaining the injuries discussed above.

What follows are photos given to me by Attorney Rich. They were taken by Vyanne Samuels At the Georgetown Safeway covered parking lot showing the handicapped parking spot and the mispositioned wheel stop the she tripped/fell over.



The Georgetown Safeway covered parking area.



The handicapped parking spot that Vyanne Samuels used. Notice the mispositioned wheel stop and, with a vehicle backed into the spot, the amount of protrusion into the expected clear space around a vehicle.



Another view of the handicapped parking space used by Vyanne Samuels and the mispositioned/protruding wheel stop. Note the vehicle in the adjacent parking space has backed into his parking spot. It illustrates how close to the rear passenger side door of that car or the rear driver's side door of Vyanne Samuals' car the mispositioned wheel stop  protrudes creating a tripping hazard.

The ADA requirements for a handicapped parking spot are illustrated below.



As illustrated above, the space around the vehicle is shown as clear allowing access on all sides. In Vyanne Samuels' pictures further above, the wheel stop is mispositioned and protruding into the clear space around the vehicle. This affects access and presents a serious tripping hazard. Also, the mispositioning of the wheel stop is "blocking" a portion of the handicapped parking spot. This can be reviewed by others as to whether that meets the legal definition in the ADA for blocking the handicapped parking spot. If so, further legal action can be taken under the ADA.

## CONCLUSION AND OPINIONS

1) **The mispositioned wheel stop in the handicapped parking spot at the Georgetown Safeway, sidewalk at 1855 Wisconsin Avenue, NW, Washington, DC was the direct cause of Vyanne Samuels trip and fall leading to physical injuries.**
2) **The mispositioned wheel stop protruding into the handicapped parking spot the Vyanne Samuels used and that was involved in this**

**accident/incident was not in compliance with the US DOJ ADA, and the ICC A117.1 Standards.**

### _Cases that I have testified in court and/or gave a deposition within the last 4 years. (Disclosure Pursuant to FRCP 26(a)(2)(B)(v):_

A) *Nationwide Agribusiness Insurance Company, et.al., Plaintiffs vs Jonathan W. Heidler, et.al., Defendants, Case # CVH20140532, Common Pleas Court of Clinton County, Ohio (testifed in Deposition and at trial)*

B) *Jason Szelagowski & Regent Insurance Company v. New Page Wisconsin System Inc., Industry Insurance Company & Zurich American Insurance Company, et al., Case No. 13=CV-223, Case Code: 30107, State of Wisconsin Circuit Court Wood County (testified in Deposition)*

C) *Yosemite National Park Hanta Virus litigation, All Cases, MDL Docket No. C 14-2532 MMC, District Court Of The United States, Northern District Of California, San Francisco Division (Testified In Deposition)*

D) *Oxford House, Inc. et al, v. H. "Butch" Browning,Louisiana State Fire Marshall, Civil Action No. 3:15-cv-002820BAJ-SCR, District Court Of The United States, Middle Distinct of Louisiana (Testified in Deposition*

*)*

E) *Esemtre Corporation et al, Plaintiffs,v. Pizzuti Properties/Miranova Limited et al,  Defendants,* Case No. 13-CV-006598 Court of Common Pleas, Franklin County, Ohio (Testified at Deposition & Trial)

F) *Poplawski et al v. State Farm Fire and Casualty Co.*, Case No. 14-CV-795, Waukesha County Circuit Court, Pewaukee, Wisconsin (Testified at Deposition)

G) *State Farm Fire and Casualty Co. v. Newcap, Inc. et al*, Case No.14CV54, Oconto County Circuit Court, Oconto, Wisconsin (Testified atDeposition and Trial)

H) *City of St. Louis vs. Guarantee Electrical Construction Co., et al*, Case No. 08SL- CC02935, Circuit Court of St. Louis, Missouri, (Testified at Deposition, video of deposition was later used at trial)

I) *Society Insurance v. Badger Hood Cleaning, et al.*, Dane County, Wisconsin Circuit Court Case No. 13-CV-3949 (Testified at Deposition and Trial)

I hereby certify that this report is a complete and accurate statement of all of my opinions, and the basis and reasons for them, to which I will testify under oath. I reserve the right to alter or amend these opinions as new information is brought to my attention.

Michael J. Slifka, PE. (Registered in California)



Exhibit 3



# MICHAEL J. SLIFKA, P.E.

**3221 Conservancy Lane**
**Middleton, WI 53562**
**Fire Investigation, Analysis & Fire Engineering Design**
**E-MAIL: firepro1pe@aol.com**
**OFFICE: 608-827-5241**
**CELL PHONE: 608-692-3096**
**Web Site: www.michaelslifka.com**

# Cases that I testified in court and/or gave a deposition within the last 4 years. (Disclosure Pursuant to FRCP 26(a)(2)(B)(v)):

*Jason Szelagowski & Regent Insurance Company v. New Page Wisconsin System Inc., Industry Insurance Company & Zurich American Insurance Company, et al., Case No. 13=CV-223, Case Code: 30107, State of Wisconsin Circuit Court Wood County (testified in Deposition)*

*Yosemite National Park Hantavirus Litigation, Case: MDL Dkt No. C 14-2532 MCC, United States District Court, Western District of California, San Francisco Division (testified in Deposition)*

*Oxford House, Inc. et al, v. H. "Butch" Browning, Louisiana State Fire Marshall, Civil Action No. 3:15-cv-002820BAJ-SCR, District Court Of The United States, Middle Distinct of Louisiana (Testified in Deposition)*

*Nationwide Agribusiness Insurance Company et al Plaintiffs v. Jonathan W. Heidler, Defendants Case No. CVH 20140532, Common Pleas Court of Clinton County, Ohio(Testified at Deposition and Trial)*

*Esemtre Corporation et al, Plaintiffs,v. Pizzuti Properties/Miranova Limited et al, Defendants,* Case No. 13-CV-006598 Court of Common Pleas, Franklin County, Ohio (Testified at Deposition & Trial)

*Poplawski et al v. State Farm Fire and Casualty Co.*, Case No. 14-CV-795, Waukesha County Circuit Court, Pewaukee, Wisconsin (Testified at Deposition)

*State Farm Fire and Casualty Co. v. Newcap, Inc. et al*, Case No. 14CV54, Oconto County Circuit Court, Oconto, Wisconsin (Testified at Deposition and Trial)

*City of St. Louis vs. Guarantee Electrical Construction Co., et al*, Case No. 08SL- CC02935, Circuit Court of St. Louis, Missouri, (Testified at Deposition, video of deposition was later used at trial)

*Society Insurance v. Badger Hood Cleaning, et al.*, Dane County, Wisconsin Circuit Court Case No. 13-CV-3949 (Testified at Deposition and Trial)

*Lompe v. Sunridge Partners, LLC*, Case No. 12-CV-88-J (D. Wyo. 2014) (Testified at Deposition & Trial)

*State of Minnesota v. Randy Reed*, Morrison County District Court, Case No. 49-CR- 102035 (Testified at Deposition and Trial)

*Malone v. Igel & Co.*, Court of Common Pleas of Franklin County, Ohio, Case No. 10- CVC-10-14916 c/w 10-CVC-10-15608, 10-CVC-10-15762 (Testified at Deposition and Trial).



Exhibit 4

# MICHAEL J. SLIFKA, P.E.

*3221 Conservancy Lane*
*Middleton, WI 53562*
**Fire Investigation, Analysis & Fire Engineering Design**
*E-MAIL:* firepro1pe@aol.com
*608/827-5241*
*FAX: 608/827-5243*
*CELL PHONE: 608-692-3096*
*Web Site: www.michaelslifka.com*

**June 23, 2017**

**Ryan Krute, Esq.**

**The Rich Firm, P.C.**

**1000 Vermont Avenue, NW**

**Suite 900**

**Washington, DC  20005**

**RE: Samuels v. Safeway**

Dear Mr. Krute:

You requested in an email dated June 14, 2019 that I send you my rate sheet and related information for the possibility of my testifying in an upcoming deposition.

As requested, my typical fees are as follows: $200/hour plus expenses for non-testimonial work. For testimony in depositions or trial my fee is $250/hour plus expenses. My hourly fee includes billing for actual portal-to-portal travel time for any travel related to my consulting.

If you have any further questions, please do not hesitate to call.

Sincerely,

Michael J. Slifka, PE